UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **CENTRAL HOLDING, INC. F/K/A THE ROMAN GROUP, INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 4433** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 15, 2006**, at **10:00 AM**, I served the above described documents upon **CENTRAL HOLDING INC.** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **ANNA KOWALEWICZ**.

Said service was effected at **25834 OAKLANE RD, INGLESIDE, IL 60041**.

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **57**  Hgt: **5'4"**  Wgt: **130**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Kate Cat*

**Katy E Cartier**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 18th day of August, 2008

*/s/ Joan C. Harenberg*

> OFFICIAL SEAL
> JOAN C HARENBERG
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME: <br> Laborers Pension and Welfare Funds* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 40446 |
|---|---|---|